UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

```
------------------------------------------------------x
```

JAMES BLEDSOE,                          :
                                        :     CASE NO.: 5:25-cv-1973-AVH-MLH
            Plaintiff,                   :
                                        :     Judge: Hon. Alexander C. Van Hook
vs.                                      :
                                        :     Magistrate: Hon. Mark L. Hornsby
NORTH MARKET PLAZA SC, LLC,              :
                                        :
            Defendant.                   :

```
------------------------------------------------------x
```

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendant without fees or costs to any party against any other.

Respectfully Submitted, this 15th day of May, 2026.


By:/s/ Andrew D. Bizer                  By:/s/ _Graham H. Williams
   **ANDREW D. BIZER**                    **GRAHAM H. WILLIAMS**


**THE BIZER LAW FIRM, L.L.C.**          **STERNBERG, NACCARI & WHITE, LLC**
Andrew D. Bizer, Bar No. 30396          GRAHAM WILLIAMS (LA # 36731)
3319 St. Claude Avenue                  GRAHAM@SNW.LAW
New Orleans, Louisiana 70112            935 GRAVIER STREET, SUITE 1800
Telephone:    (504) 619-9999            NEW ORLEANS, LA 70112
Facsimile:    (504) 948-9996            TELEPHONE: (504) 324-2141
Email:        andrew@bizerlaw.co        FACSIMILE: (504) 543-8961
*Attorney for Plaintiff James Bledsoe*  *Attorneys for Defendant North Market Plaza SC, LLC*